United States District Court
Southern District of Texas
**ENTERED**
June 15, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GOPAL BASNET, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-26-4301 |
| | § | |
| RAYMOND THOMPSON,[1] | § | |
| | § | |
| Respondent. | § | |

**ORDER**

The petitioner, Gopal Basnet, is currently in custody of the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE") at the Joe Corley Processing Center in Conroe, Texas. The petitioner is representing himself and has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 ("Petition") (Docket Entry No. 1), challenging his continued confinement.

On June 12, 2026, the respondent filed a status report stating that the petitioner is scheduled to be removed from the United States by June 21. It is **ORDERED** that the respondent shall file an

---

[1] The Warden is substituted as the sole respondent in place of the other listed respondents because he is the petitioner's immediate custodian as the warden of the Montgomery Processing Center. See Rumsfeld v. Padilla, 124 S. Ct. 2711, 2720 (2004) ("In challenges to present physical confinement, we reaffirm that the immediate custodian, not a supervisory official who exercises legal control, is the proper respondent."); see also 28 U.S.C. § 2243 ("The writ, or order to show cause shall be directed to the person having custody of the person detained.").

updated status report by June 29, 2026 informing the Court whether the petitioner has been removed. If the respondent asserts that the petitioner has been removed, the updated status report must contain an affidavit from a person with competent knowledge stating that the petitioner has been removed, or other proof of the petitioner's removal.

The Clerk shall provide a copy of this Order to the parties.

**SIGNED** at Houston, Texas, on this 15th day of June, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE